**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Israel Ortiz Ortiz,<br><br>  Plaintiff,<br><br>v.<br><br>Mesa Country Club Incorporated, et al.,<br><br>  Defendants. | No. CV-24-02045-PHX-MTL<br><br>**ORDER** |

    Before the Court is Plaintiff's motion to remand to state court (Doc. 9).

    Plaintiff asks this Court to remand the case back to Maricopa County Superior Court arguing that this case does not meet the requirements for diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 9 at 1) Defendants, however, removed the case to federal court under federal question jurisdiction, not diversity jurisdiction. (Doc. 1 at 2.)

    Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." Federal courts have original jurisdiction over civil claims "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

    Here, as Plaintiff explains, he brings claims arising out of the Title VII of the Civil Rights Act of 1964 and the Arizona Civil Rights Act. (Doc 1 at 14 ¶ 21, 15 ¶ 27; Doc. 9 at 2.) Because Plaintiff alleges that Defendant violated Title VII of the Civil Rights Act of

1964, a federal discrimination law, the Court has federal question jurisdiction over this action and removal was proper.

Accordingly,

**IT IS ORDERED denying** Plaintiff's motion to remand (Doc. 9).

Dated this 27th day of August, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge

- 2 -